# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. *Intake Clerk* *

       2. *Case Administrator*

FROM: *Financial Administrator*

DATE: 12·19·2007

CASE NAME: Cape

CASE NUMBER: 04·32600

UC

Check Number 55802 in the amount of $4602.70 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 05188        Intake Clerk's Initials LK

---

\*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                    Phillip J. McHale, III
Chief Counsel                                         Chief Accountant

December 14, 2007

John J. Horner, Esquire            OR          John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                   Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                          U.S. Courthouse, Room B160
600 Grant Street                               17 South Park Row
Pittsburgh PA 15219                            Erie PA 16501

RE:   NADINE L. CAPE

Case No.: 04-32600  A

Dear Mr. Horner:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

            CITIZENS AUTO FINANCE INC*
            BANKRUPTCY DEPT*
            100 SOCKANOSSET CROSSROAD*
            CRANSTON RI                       02920

CHECK NUMBER  558021            AMOUNT $ 4,602.70

   The disbursement(s) was returned to the Trustee for the following reason:

   _____  a.  Trustee has been unable to locate Creditor.

   __X____  b.  Creditor returned funds.

   _____  c.  Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
04-32600 A

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

        Very truly yours,

        RONDA J. WINNECOUR
        for Standing Chapter 13 Trustee

cc: JASON MAZZEI ESQ
    NADINE L. CAPE

    CITIZENS AUTO FINANCE INC*
    Creditor